IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03041-MJW

JEFFREY S. GOBLE,

Plaintiff,

v.

STUDENT LOAN FINANCE COMPANY, *a South Dakota Corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Appear by Telephone for Scheduling Conference on January 13, 2015 (Docket No. 9) is granted. Mr. Krenning may participate in the Scheduling Conference by telephone by calling the court on January 13, 2015, at 10:30 a.m. at (303) 844-2403.

Date: January 6, 2015