IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03041-WYD-MJW

JEFFREY S. GOBLE,

   Plaintiff,

v.

STUDENT LOAN FINANCE CORPORATION, a South Dakota Corporation,

   Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed March 12, 2015.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 17) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own costs and attorney fees.

   Dated:  March 16, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge